JOSEPH P. MCQUADE et al., Appellants, *v.* IRVING MAIDMAN et al., Respondents, et al., Defendants.

Argued October 19, 1951; decided December 6, 1951.

*Arthur A. Beaudry* for appellants.

*David I. Shivitz* and *Edmund B. Hennefeld* for Irving Maidman, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.